# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM ZEMLA,

    Plaintiff,

v.

FRANKLIN COUNTY, *et al.*,

    Defendants.

Case No. 3:17-cv-00045-JPG-RJD

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

Plaintiff William Zemla has filed a motion to voluntarily dismiss defendants Sam Wink, D. House, Leon Kehrer, and Ashley Crider from this matter with prejudice. (ECF No. 51.) Zemla states that the defendants consent to the motion. Since the motion is not signed by all parties, Federal Rule of Civil Procedure 41(a)(2) applies. That rule allows the Court to grant a motion to dismiss at the plaintiff's request on terms that the Court considers proper. Here, for good cause shown, the Court **GRANTS** the plaintiff's motion and **DISMISSES WITH PREJUDICE** defendants Sam Wink, D. House, Leon Kehrer, and Ashley Crider from this case. The Court **DIRECTS** the Clerk of Court to terminate them as defendants.

**IT IS SO ORDERED.**

**DATED: FEBRUARY 7, 2019**

                                              *s/ J. Phil Gilbert*
                                              **J. PHIL GILBERT**
                                              **U.S. DISTRICT JUDGE**