IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WILLIAM ZEMLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 17-CV-45 |
| v. | ) | |
| | ) | |
| FRANKLIN COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION FOR DISMISSAL**

NOW COMES the Plaintiff, WILLIAM ZEMLA, by his attorney, Louis J. Meyer of MEYER & KISS, LLC, and the Defendants, FRANKLIN COUNTY, by their attorney, JOSEPH BLEYER of BLEYER & BLEYER, and ADVANCED CORRECTIONAL HEALTHCARE, by their attorney, MATTHEW J. MADDOX and Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss this case with prejudice, in bar of action, with each party herein to bear its respective costs.

BY: */s/ Louis J. Meyer*
Louis J. Meyer
Meyer & Kiss, LLC
311 W. Stratford Drive
Peoria, IL 61614
Louismeyer@meyerkiss.com

BY: */s/ Joseph A. Bleyer  (with permission)*
BLEYER and BLEYER
601 West Jackson Street
Post Office Box 487
Marion, Illinois 62959-0487

By: */s/ Matthew J. Maddox (with permission)*
Quinn, Johnston, Henderson, Pretorius & Cerulo
400 S. Ninth Street, Suite 102
Springfield, IL 62701

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on May 20, 2019, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Louis J. Meyer