# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM ZEMLA,<br><br>      Plaintiff,<br><br>  v.<br><br>FRANKLIN COUNTY, *et al.*,<br><br>      Defendants. | Case No. 3:17-cv-00045-JPG-RJD |

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

The parties have filed a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 54.) That rule allows the parties to dismiss a case on their own if they file a joint stipulation signed by all parties. Having met the requirements of the rule, the Court **FINDS** that this case is **DISMISSED WITH PREJUDICE**. The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED: MAY 22, 2019**

                                              *s/ J. Phil Gilbert*
                                              **J. PHIL GILBERT**
                                              **U.S. DISTRICT JUDGE**